### CARROLL v. PEPPERSACK.
### No. 6792.

United States Court of Appeals,
Fourth Circuit.

Argued May 31, 1954.

Decided June 2, 1954.

Venable Vermont, Spartanburg, S. C.,
for appellant.

H. Clifton Owens, Asst. Atty. Gen. of
Maryland (Edward D. E. Rollins, Atty.
General of Maryland, on the brief), for
appellee.

Before PARKER, Chief Judge, and
SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is another appeal from an order
denying a petition for a writ of habeas
corpus by a prisoner imprisoned under
the judgment and sentence of a state
court. An appeal by the same prisoner
from the dismissal of a prior application
was before us in Caroll v. Swenson,
Warden, 4 Cir., 180 F.2d 579. The peti-
tion appears to be entirely without
merit and no certificate of probable
cause as a prerequisite to the right to
prosecute the appeal has been obtained,
as required by 28 U.S.C. § 2253. The
appeal will accordingly be dismissed.

Appeal dismissed.